IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRYAN RAFAEL RODRIGUEZ IZAGUIRRE,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>Defendant. | 8:25CV553<br><br>ORDER |

Pursuant to the Court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiff has previously moved for Clerk's Entry of Default and Default Judgment several times. These motions were denied for lack of service. Upon review of the docket, Plaintiff has not perfected service on any Defendants, including the U.S. Department of Defense, and no Defendant has voluntarily appeared.

Accordingly,

IT IS ORDERED that Plaintiff shall have until February 19, 2026 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 16th day of January, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge