IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRYAN RAFAEL RODRIGUEZ IZAGUIRRE, | **8:25CV553** |
| Plaintiff, | |
| vs. | **FINDINGS AND RECOMMENDATION** |
| U.S. DEPARTMENT OF DEFENSE, | |
| Defendant. | |

This matter is before the Court on its order to show cause, Filing No. 20. The Complaint was filed September 11, 2025. Plaintiff has previously moved for Clerk's Entry of Default and Default Judgment several times. These motions were denied for lack of service. Upon review of the docket, Plaintiff has not perfected service on any Defendants, including the U.S. Department of Defense, and no Defendant has voluntarily appeared.

Therefore, the Court entered an order requiring Plaintiff to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution, and warned that absent a timely response, this case may be dismissed without further notice. The deadline for responding to the show cause order was February 19, 2026. No response was filed.

Accordingly,

1

IT IS RECOMMENDED to the Honorable Joseph F. Bataillon, Senior United States District Judge, pursuant to 28 U.S.C. § 636(b), that the Complaint be dismissed for failure of service and want of prosecution.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this Court may be held to be a waiver of any right to appeal the Court's adoption of the recommendation.

Dated this 24th day of February, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

2