IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRYAN RAFAEL RODRIGUEZ IZAGUIRRE, | **8:25CV553** |
| Plaintiff, | |
| vs. | **ORDER** |
| U.S. DEPARTMENT OF DEFENSE, | |
| Defendant. | |

This matter comes before the Court on the Findings and Recommendation of the Magistrate Judge that this case be dismissed for Plaintiff's failure to prosecute and pursuant to Federal Rule of Civil Procedure 4(m). Filing No. 21. As noted in Magistrate Judge DeLuca's order, Plaintiff has not perfected service on any Defendants and no Defendant has voluntarily appeared since the filing of the complaint on September 11, 2025. Having received no objection to the Magistrate Judge's recommendation of dismissal, the Court adopts her findings and recommendation in full.

IT IS ORDERED:

1) The Court adopts the Findings and Recommendation of the Magistrate Judge, Filing No. 21, in full.

2) This case is dismissed without prejudice for want of prosecution.

3) The Clerk is directed to close the case.

4) The Court will enter a separate judgment.

Dated this 11th day of March, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

1